UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 96.236.22.73,<br><br>                  Defendant. | Civil Action No. 1:22-cv-01063-NAM-ATB |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND<br>VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 96.236.22.73 ("Defendant"), through Defendant's counsel, Lee Palmateer, Esq.. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 30, 2022        Respectfully submitted,

Date: December 12, 2022

IT IS SO ORDERED.

*[signature]*

Norman A. Mordue
Senior U.S. District Judge

By:    /s/ *Jacqueline M. James*
       Jacqueline M. James, Esq. (#1845)
       The James Law Firm, PLLC
       445 Hamilton Avenue, Suite 1102
       White Plains, New York 10601
       T: 914-358-6423
       F: 914-358-6424
       E-mail: jjames@jacquelinejameslaw.com
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <em>Jacqueline M. James</em><br>
Jacqueline M. James, Esq.